ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
ADRIENNE ZACK (CANB 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BDOR SHABANAH, *et al.*, | C 3:23-cv-06575 LJC |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before April 26, 2024. The Consular Section at the U.S. Embassy in Djbouti requested additional documentation from the Plaintiff.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or March 20, 2024, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or April 24, 2024. In light of the agreed-upon extension for Defendants' response to the

Complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by May 20, 2024, Defendants must file their motion for summary judgment by June 24, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 23, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Adrienne Zack
ADRIENNE ZACK
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 23, 2024

 /s/ Ghassan J. Shamieh
GHASSAN J. SHAMIEH
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 26, 2024

LISA J. CISNEROS
United States Magistrate Judge